

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMM:BTR
F.#2006R01578

*United States Attorney's Office*
*610 Federal Plaza*
*Central Islip, New York 11722-4454*

March 21, 2012

Delivery by Hand and ECF

The Honorable Arthur D. Spatt
United States District Judge
Eastern District of New York
United States Courthouse
1024 Federal Plaza
Central Islip, New York 11722-4454

      Re: United States v. Daniel Cifonelli
          06 CR 240(ADS)

Dear Judge Spatt:

    The government submits this letter requesting the Court set a date for the defendant to surrender to the United States Marshal Service.

    Pursuant to the Court's request, the Marshal's indicate that based on the defendant's medical claims, they will arrange for him to be examined by a doctor, exercising independent medical judgement, at the time of his surrender to determine whether or not Cifonelli is fit for confinement. I have notified counsel of this procedure and he has indicated that the defense has prepared relevant medical records of the defendant's for any such medical examination.

                          Respectfully submitted,

                          LORETTA E LYNCH
                        United States Attorney

By: _____
     BURTON T. RYAN, JR.
     Assistant U. S. Attorney

cc: Alan M. Nelson, Esq.
    Counsel for Cifonelli